■ TIMOTHY LYNCH, Respondent, v. CHARLES SAPIENZA, Appellant. (Action No. 1.) EMILY SERPICO et al., Respondents-Appellants, v. CHARLES SAPIENZA, Appellant, and TIMOTHY LYNCH, Respondent. (Action No. 2.) —

No opinion. Beldock, P. J., Ughetta, Christ and Brennan, JJ., concur; Kleinfeld, J., dissents and votes to reverse the judgment and to grant a new trial on the ground that the jury's verdict is against the weight of the credible evidence.